**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SHAHER RABITH ALWARHANI ALWARHANI,<br><br>        Petitioner,<br><br>v.<br><br>ADELANTO ICE PROCESSING CENTER, et al.,<br><br>        Respondents. | No. 5:26-cv-01487-JAK (DTBx)<br><br>**ORDER RE STATUS REPORT (DKT. 12); MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION (DKT. 2)** |

1

On April 1, 2026, an order issued granting in part Petitioner's Motion for Temporary Restraining Order ("TRO") and Preliminary Injunction, which sought Petitioner's immediate release from immigration custody or the provision a bond hearing. Dkt. 10 at 2–3 ("TRO Order"). The TRO Order enjoined Respondents from continuing to detain Petitioner unless, within seven days of its issuance, they provided Petitioner with an individualized bond hearing before an immigration judge ("IJ"), where Respondents would bear the burden of establishing that continued detention is justified by clear and convincing evidence. *Id.* at 3.

On April 9, 2026, Respondents filed a status report as to their compliance with the TRO Order. Dkt. 12 ("Status Report"). Respondents represented that Petitioner was provided a bond hearing on April 8, 2026, at which the IJ denied Petitioner's request for bond. *See* Dkt. 12-1. In his written opinion, the IJ found that Respondents had "established, by clear and convincing evidence, that [Petitioner] is both a danger and a flight risk" based on citations and arrests for driving-related offenses, as well as "repeated failures to appear, pay fines, or otherwise resolve his tickets." *Id.* at 1–2.

Based on a review of the Status Report and the application of the legal standards discussed in the TRO Order, it is determined that it would not be appropriate to issue an order requiring Respondents to show cause why the Court should not convert the TRO into a preliminary injunction. Any remaining issues arising out of the underlying Petition

///
///
///
///
///
///
///
///

2

for a Writ of Habeas Corpus may be considered during subsequent proceedings, if any, before Magistrate Judge Bristow.

**IT IS SO ORDERED.**

Dated: April 10, 2026

_____
John A. Kronstadt
United States District Judge

cc: Magistrate Judge Bristow

3