JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

SHAHER RABITH ALWARHANI ALWARHANI,

        Petitioner,

v.

ADELANTO ICE PROCESSING CENTER, et al.,

        Respondents.

No. 5:26-cv-001487-JAK (DTBx)

**JUDGMENT AND PERMANENT INJUNCTION**

**[JS-6]**

1

Pursuant to the June 15, 2026 Magistrate Judge's Recommendation and Report and June 26, 2026 Order Accepting With Modifications Magistrate Judge's Recommendation and Report, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** as follows:

1.    Count III of the March 27, 2026 Petition for Writ of Habeas Corpus is **GRANTED**, and **JUDGMENT** is entered on Count III in favor of Shaher Rabith Alwarhani Alwarhani ("Petitioner"). In all other respects, the March 27, 2026 Petition for Writ of Habeas Corpus is **DISMISSED WITH PREJUDICE**.

2.    Respondents are **ORDERED** to release Petitioner Shaher Rabith Alwarhani Alwarhani (**A 243-122-858**) from custody, subject to the same conditions (if any) that Petitioner was subject to at the time he was arrested and detained, and return all property confiscated from him during his arrest and processing into detention.

3.    Respondents and their officers, agents, employees, attorneys, and persons acting on their behalf, in concert or in participation with them, are **PERMANENTLY ENJOINED** from re-detaining Petitioner pursuant to 8 U.S.C. § 1226(a) without notice of the reasons for revocation of his release and a pre-deprivation hearing before a neutral Immigration Judge to determine whether detention is warranted. At such a hearing, the Department of Homeland Security shall bear the burden of establishing, by clear and convincing evidence, that Petitioner poses a danger to the community or a risk of flight.

4.    Respondents shall file a Notice of Compliance/Release with this Permanent Injunction on or before June 30, 2026.

**IT IS SO ORDERED.**

Date:  June 26, 2026

_____
John A. Kronstadt
United States District Judge

2